UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID HOFFMAN,

                Plaintiff,

-against-

CONTENT IQ LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2021

21 Civ. 1305 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 6, 2021, the Court ordered the parties to submit a joint status letter by September 20, 2021. ECF No. 17. That submission is now overdue. Accordingly, the parties shall submit their joint status letter by **12:00 p.m.** on **September 29, 2021**. The case management conference scheduled for September 27, 2021, is ADJOURNED to **September 30, 2021**, at **10:00 a.m**.

    SO ORDERED.

Dated: September 27, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge